JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BYRON MAURICE PORTER, | ) | NO. CV 13-792-JFW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN TIM J. OCHOA, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: October 4, 2013.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE